JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACK RUTIGLIANO, | Case No. CV 17-00419-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Opinion and Order,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: June 18, 2018

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge